UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| DONALD T. LAMBERT | : | |
| | : | |
| | : | Case No. 17-17184 |

**PRAECIPE TO WITHDRAW DOCUMENT**

TO THE CLERK:

Kindly withdraw the above debtor's First Amended Chapter 13 Plan, docket number 39,
filed by YOUNG, MARR & ASSOCIATES as the filing was done in the wrong case.

/s/Paul H. Young
Paul H. Young, Esquire
Attorney for Debtor
3554 Hulmeville Road
Ste. 102
Bensalem, PA 19020

Date: May 18, 2018