# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-17184-MDC

    DONALD  LAMBERT

    41 CHERRY LANE

    LEVITTOWN, PA 19055-

       Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    DONALD  LAMBERT

    41 CHERRY LANE

    LEVITTOWN, PA 19055-

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020

        /S/ William C. Miller

Date: 5/29/2018        _____

        William C. Miller, Esquire
        Chapter 13 Standing Trustee