**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| **DONALD T. LAMBERT** | : | **BK. No. 17-17184 MDC** |
| **Debtors** | : | |
| | : | **Chapter No. 13** |
| **PNC BANK, NA**       Movant | : | |
| v. | : | |
| **DONALD T. LAMBERT** | : | |
| **Respondents** | : | |

## PRAECIPE TO WITHDRAW THE PROOF OF CLAIM

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly withdraw the Proof of Claim, filed on January 4, 2018, Docket Entry 4.

                Respectfully submitted,

                /s/ Jerome Blank, Esquire
                Jerome Blank, Esq., Id. No.49736
                Phelan Hallinan Diamond & Jones, LLP
                1617 JFK Boulevard, Suite 1400
                One Penn Center Plaza
                Philadelphia, PA 19103
                Phone Number: 215-563-7000 Ext 31625
                Fax Number: 215-568-7616
                Email: jerome.blank@phelanhallinan.com

May 30, 2018

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| DONALD T. LAMBERT | : | BK. No. 17-17184 MDC |
| Debtors | : | |
| | : | Chapter No. 13 |
| PNC BANK, NA        Movant | : | |
| v. | : | |
| DONALD T. LAMBERT | : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE OF THE PRAECIPE TO WITHDRAW THE PROOF OF CLAIM

I certify under penalty of perjury that I served or caused to be served the above captioned pleading Praecipe to Withdraw the Proof of Claim on the parties at the addresses shown below or on the attached list on May 30, 2018.


WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
1234 Market Street, Suite 1813
PHILADELPHIA, PA 19107

ANNA M. LAMBERT
416 CLYMER AVENUE
MORRISVILLE, PA 19067

PAUL H. YOUNG, ESQUIRE
3554 HULMEVILLE ROAD, SUITE 102
BENSALEM, PA 19020

DONALD T. LAMBERT
41 CHERRY LANE
LEVITTOWN, PA 19055

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107


If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

/s/ Jerome Blank, Esquire
Jerome Blank, Esq., Id. No.49736
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31625
Fax Number: 215-568-7616
Email: jerome.blank@phelanhallinan.com

May 30, 2018