# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   DONALD LAMBERT            :   CHAPTER 13
                                   :   BANKRUPTCY NO. 17-17184

## CERTIFICATE OF SERVICE AND
## CERTIFICATION OF NO RESPONSE

I, PAUL H. YOUNG, ESQUIRE, attorney for Debtor, do hereby certify the following:

1. I served by facsimile and/or first-class mail on June 8, 2018, a true and correct copy of Debtor's Motion to Sell Real Estate and Notice of Motion, Response Deadline and Hearing Date on the U.S. Trustee, William Miller, Trustee and all creditors on matrix.

2. I have not received a responsive pleading from any party or answers within the time period provided by the Rules of Court.

WHEREFORE, it is respectfully requested that this Honorable Court enter the proposed Order attached to the Motion to Sell Real Estate in this Chapter 13 Case.

/s/ Paul H. Young
PAUL H. YOUNG, ESQUIRE
Attorney for Debtor
3554 Hulmeville Road, Suite 102
Bensalem, PA   19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com