```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                         Case No. 17-17184-mdc
Donald Lambert                                                 Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0313-2         User: ChrissyW              Page 1 of 2              Date Rcvd: Jul 13, 2018
                             Form ID: pdf900             Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2018.
db             +Donald Lambert,    41 Cherry Lane,    Levittown, PA 19055-1603
14002757       +Bank Of America,    4909 Savarese Cir,    Tampa, FL 33634-2413
14031220        Bank Of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
14002759       +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
14002758       +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,     Po Box 790040,
                 S Louis, MO 63179-0040
14002763       +Costco Go Anywhere Citicard,     Po Box 6190,    Sioux Falls, SD 57117-6190
14002762       +Costco Go Anywhere Citicard,     Centralized Bk/Citicorp Credit Card Srvs,    Po Box 790040,
                 St Louis, MO 63179-0040
14002765       +PNC Bank Credit Card,    Po Box 5570,    Mailstop BR- YB58-01-5,    Cleveland, OH 44101-0570
14002766       +PNC Bank Credit Card,    1 Financial Pkwy,    Kalamazoo, MI 49009-8003
14036346       +PNC Bank, NA,    Attention: Bankruptcy Department,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
14002767       +Pnc Mortgage,    Po Box 8703,   Dayton, OH 45401-8703
14002773        Wells Fargo Bank,    Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
14002772       +Wells Fargo Bank,    Mac-F8235-02f,    Po Box 10438,   DesMoines, IA 50306-0438
14025668        Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 14 2018 02:08:58      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 14 2018 02:07:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 14 2018 02:08:23      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 14 2018 02:23:44      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14002760       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 14 2018 02:07:14      Comenitycapital/lndclb,
                 Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
14002761       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 14 2018 02:07:14      Comenitycapital/lndclb,
                 3100 Easton Square Pl,    Columbus, OH 43219-6232
14031504        E-mail/PDF: cbp@onemainfinancial.com Jul 14 2018 02:23:41      ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
14002764       +E-mail/PDF: cbp@onemainfinancial.com Jul 14 2018 02:23:22      Onemain,    Po Box 1010,
                 Evansville, IN 47706-1010
14058606        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 14 2018 02:23:04
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14003414       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 14 2018 02:23:23
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14077326        E-mail/Text: bnc-quantum@quantum3group.com Jul 14 2018 02:07:16
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14002768       +E-mail/PDF: gecsedi@recoverycorp.com Jul 14 2018 02:23:43      Syncb/Ashley Homestore,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14002769       +E-mail/PDF: gecsedi@recoverycorp.com Jul 14 2018 02:23:06      Syncb/Ashley Homestore,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
14002770       +E-mail/PDF: gecsedi@recoverycorp.com Jul 14 2018 02:23:25      Synchrony Bank/Sams,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14002771       +E-mail/PDF: gecsedi@recoverycorp.com Jul 14 2018 02:23:25      Synchrony Bank/Sams,
                 Po Box 965005,    Orlando, FL 32896-5005
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14002756      ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                                     TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                  Date Rcvd: Jul 13, 2018
                              Form ID: pdf900             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2018 at the address(es) listed below:
              JEROME B. BLANK    on behalf of Creditor   PNC Bank, National Association paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Debtor Donald  Lambert support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor   PNC Bank, National Association paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                 TOTAL: 6
```

**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  DONALD LAMBERT        :  CHAPTER 13
                              :  BANKRUPTCY NO. 17-17184

**ORDER**

AND NOW, this _12½_ day of _July_, 2018, upon consideration of the application by Debtor, Donald Lambert, it is hereby ORDERED as follows:

1. The Debtor's Motion to Sell his property located at 41 Cherry Lane, Levittown, PA 19055 is hereby approved.

2. The Court finds the Buyer to be a purchaser in good faith.

3. The Debtor is authorized and permitted to make the following distributions from proceeds generated at settlement:

a. Any and all past due real estate taxes, if any, and present real estate taxes if any, shall be prorated to the date of settlement;

b. Municipal claims, if any, including past due sewer, water or refuse charges, if any, and any present municipal claims prorated at settlement;

c. Any mortgage claim existing on the subject premises;

d. All applicable closing costs including any real estate transfer taxes, realtor's commission paid in conformity with the terms, and conformity with the terms and condition of the agreement of sale;

e. The debtor shall be paid a total of $23,675.00 which represents his exemption amount; and

f. The remaining proceeds from the debtor's share shall be distributed and made payable to William. C. Miller, Trustee, PO Box 1799, Memphis, TN 38101-1799, to fund the remainder of his Chapter 13 Plan; and

4. This order shall be effective immediately and shall not be subject to the Stay otherwise imposed by Bankruptcy Rule 6004 (g); and

5. The debtor is authorized to sign all deeds and other documents needed to transfer good title to the Real Property to the Buyer.

6. The Title Company shall send a copy of the final HUD-1 Settlement Statement to William C. Miller, Standing Trustee, 1234 Market Street, Suite 1813, Philadelphia, PA 19107, within 2

days after closing.

BY THE COURT,

_Magdeline D. C_____  7/12/18
HONORABLE MAGDELINE D. COLEMAN

Copies to:

Paul H. Young, Esquire

U.S. Trustee

William Miller, Trustee

All creditors on matrix

Debtor