UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| DONALD T. LAMBERT | : | |
| | : | |
| | : | Case No. 17-17184 |

**PRAECIPE TO AMEND DEBTOR'S ADDRESS**

To the Clerk of Bankruptcy Court:

Kindly amend the debtor's address in the above listed petition to read:

**602 W. Eastview Avenue**
**Tucson, AZ 85710**

/s/ Paul H. Young
Paul H. Young, Esquire
Counsel for Debtor
YOUNG, MARR & ASSOCIATES
3554 Hulmeville Rd., Ste. 102
Bensalem, PA 19020
(215) 639-5297