```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                                Case No. 17-17184-mdc
Donald Lambert                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 1                   Date Rcvd: Jul 26, 2018
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2018.
db             +Donald Lambert,    41 Cherry Lane,    Levittown, PA 19055-1603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2018                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2018 at the address(es) listed below:
              JEROME B. BLANK    on behalf of Creditor    PNC Bank, National Association paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Debtor Donald  Lambert support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    PNC Bank, National Association paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 6

**U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   DONALD LAMBERT  :  CHAPTER 13
:  BANKRUPTCY NO. 17-17184

**ORDER**

AND NOW, this ___25th___ day of ___July___, 2018, upon consideration of the application by Debtor, Donald Lambert, it is hereby ORDERED as follows:

1. The Debtor's Motion to Sell his property located at 41 Cherry Lane, Levittown, PA 19055 is hereby approved.

2. The Court finds the Buyer to be a purchaser in good faith.

3. The Debtor is authorized and permitted to make the following distributions from proceeds generated at settlement:

a. $3,985.08 for any and all past due real estate taxes, if any, and present real estate taxes if any, shall be prorated to the date of settlement;

b. $0.00 for municipal claims, if any, including past due sewer, water or refuse charges, if any, and any present municipal claims prorated at settlement;

c. $0.00 for any mortgage claim existing on the subject premises;

d. $11,270.00 for all applicable closing costs including any real estate transfer taxes, realtor's commission paid in conformity with the terms, and conformity with the terms and condition of the agreement of sale;

e. The amount of $21,480.00 shall be distributed and made payable to William. C. Miller, Trustee, PO Box 1799, Memphis, TN 38101-1799, to fund the remainder of his Chapter 13 Plan; and

f. The remaining proceeds in the amount of $134,371.92 shall be distributed to the debtor; and

4. This order shall be effective immediately and shall not be subject to the Stay otherwise imposed by Bankruptcy Rule 6004 (g); and

5. The debtor is authorized to sign all deeds and other documents needed to transfer good title to the Real Property to the Buyer.

6. The Title Company shall send a copy of the final HUD-1 Settlement Statement to William C.

Miller, Standing Trustee, 1234 Market Street, Suite 1813, Philadelphia, PA 19107, within 2 days after closing.

7. If this case is dismissed voluntarily or involuntarily, the court shall instead convert this case to a Chapter 7 and all funds received will remain as property of the estate for distributions to creditors.

BY THE COURT,

*Magdeline D. C—*
HONORABLE MAGDELINE D. COLEMAN

Copies to:

Paul H. Young, Esquire

U.S. Trustee

William Miller, Trustee

All creditors on matrix

Debtor