## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Donald Lambert | |
| Debtor(s) | CHAPTER 13 |
| BANK OF AMERICA, N.A. | |
| Movant | |
| vs. | NO. 17-17184 MDC |
| Donald Lambert | |
| Debtor(s) | |
| William C. Miller Esq. | 11 U.S.C. Sections 362 and 1301 |
| Trustee | |

### ORDER

AND NOW, this 2nd day of April, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified to permit Bank of America, N.A., to take possession and sell, lease, and otherwise dispose of the N 2016 Ford Escape ("Vehicle") bearing a VIN Number 1FMCU0GX0GUC18183.

_Magdeline D. C_____
United States Bankruptcy Judge.

Donald Lambert
602 N. Eastview Drive
Tucson, AZ 85710

Paul H. Young, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

William C. Miller Esq.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
SUITE 5000 - BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
Philadelphia, PA 19106-1532