Certificate Number: 03621-AZ-DE-033057403

Bankruptcy Case Number: 17-17184



03621-AZ-DE-033057403

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 2, 2019</u>, at <u>9:26</u> o'clock <u>PM EDT</u>, <u>Donald T Lambert</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of Arizona</u>.

Date:  <u>July 3, 2019</u>

By:  <u>/s/Frances  Palenzuela</u>

Name:  <u>Frances  Palenzuela</u>

Title:  <u>Credit Counselor</u>