United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-17184-mdc
Donald Lambert                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 2              Date Rcvd: Jul 17, 2019
                             Form ID: 138NEW          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2019.
db          +Donald Lambert,    602 N. Eastview Drive,    Tucson, AZ 85710-3142
14002757    +Bank Of America,    4909 Savarese Cir,    Tampa, FL 33634-2413
14031220     Bank Of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
14002759    +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
14002758    +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
             S Louis, MO 63179-0040
14002763    +Costco Go Anywhere Citicard,    Po Box 6190,    Sioux Falls, SD 57117-6190
14002762    +Costco Go Anywhere Citicard,    Centralized Bk/Citicorp Credit Card Srvs,    Po Box 790040,
             St Louis, MO 63179-0040
14002765    +PNC Bank Credit Card,    Po Box 5570,    Mailstop BR- YB58-01-5,    Cleveland, OH 44101-0570
14002766    +PNC Bank Credit Card,    1 Financial Pkwy,    Kalamazoo, MI 49009-8003
14036346    +PNC Bank, NA,    Attention: Bankruptcy Department,    3232 Newmark Drive,
             Miamisburg, OH 45342-5421
14002767    +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
14002773     Wells Fargo Bank,    Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
14002772    +Wells Fargo Bank,    Mac-F8235-02f,    Po Box 10438,    DesMoines, IA 50306-0438
14025668     Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Jul 18 2019 03:38:36    City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 18 2019 03:37:51
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 18 2019 03:38:13    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2019 03:30:14
             PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr          +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2019 03:30:04    Synchrony Bank,
             c/o PRA Receivables Management, LLC,    Po Box 41021,    Norfolk, VA 23541-1021
14002760    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 18 2019 03:37:22    Comenitycapital/lndclb,
             Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
14002761    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 18 2019 03:37:22    Comenitycapital/lndclb,
             3100 Easton Square Pl,    Columbus, OH 43219-6232
14031504     E-mail/PDF: cbp@onemainfinancial.com Jul 18 2019 03:29:04    ONEMAIN,    P.O. BOX 3251,
             EVANSVILLE, IN 47731-3251
14002764    +E-mail/PDF: cbp@onemainfinancial.com Jul 18 2019 03:30:03    Onemain,    Po Box 1010,
             Evansville, IN  47706-1010
14058606     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2019 03:30:13
             Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14003414    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2019 03:29:12
             PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14077326     E-mail/Text: bnc-quantum@quantum3group.com Jul 18 2019 03:37:31
             Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
14002768    +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2019 03:31:07    Syncb/Ashley Homestore,
             Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14002769    +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2019 03:30:04    Syncb/Ashley Homestore,
             C/o Po Box 965036,    Orlando, FL 32896-0001
14002770    +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2019 03:30:04    Synchrony Bank/Sams,
             Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14002771    +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2019 03:29:05    Synchrony Bank/Sams,
             Po Box 965005,    Orlando, FL 32896-5005
                                                                                         TOTAL: 16

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14257166*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
             Norfolk, VA 23541)
14002756    ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                           TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: ChrissyW          Page 2 of 2          Date Rcvd: Jul 17, 2019
                             Form ID: 138NEW          Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2019 at the address(es) listed below:
          JEROME B. BLANK    on behalf of Creditor    PNC Bank, National Association paeb@fedphe.com
          KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          PAUL H. YOUNG    on behalf of Debtor Donald    Lambert support@ymalaw.com,   ykaecf@gmail.com,
          paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
          REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    PNC Bank, National Association paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                    TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Donald Lambert

                Debtor(s)

Bankruptcy No: 17−17184−mdc

Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑   2.  Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3.  Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 7/17/19

85 − 84
Form 138_new